## In re SEALED CASE.

Nos. 12–5147, 12–5148.

United States Court of Appeals,
District of Columbia Circuit.

May 16, 2013.

Before: GARLAND, Chief Judge, and GRIFFITH, and KAVANAUGH, Circuit Judges.

### *ORDER*

PER CURIAM.

Upon consideration of the motion to unseal portions of the record, the court's order to show cause filed on March 28, 2013, and the joint response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the opinion issued March 5, 2013, be issued publicly with any material identifying appellant redacted.